IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RANDALL M. DUNCAN, and**                                  **PLAINTIFFS**
**RMDI, L.L.C.**

v.                  **CASE NO. 4:16-CV-00910 BSM**

**JAMES B. HARMON**                                             **DEFENDANT**

## JUDGMENT

Consistent with the verdict entered today, judgment is entered for plaintiffs Randall Duncan and RMDI, L.L.C., and this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of June 2019.

_____
UNITED STATES DISTRICT JUDGE