**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RANDALL M. DUNCAN, and**                                                                              **PLAINTIFFS**
**RMDI, L.L.C.**

**v.**                   **CASE NO. 4:16-CV-00910 BSM**

**JAMES B. HARMON**                                                                                        **DEFENDANT**

## ORDER

The motion of plaintiffs Randall M. Duncan and RMDI, L.L.C. for the reimbursement of attorney's fees and costs from defendant James B. Harmon [Doc. No. 72] is granted and plaintiffs are awarded attorney's fees in the amount of $49,515, and costs in the amount of $242.20. Harmon's motion to post bond and to stay the judgment [Doc. No. 80] is denied.

IT IS SO ORDERED this 9th day of January 2020.

                                                                                                    UNITED STATES DISTRICT JUDGE